**DISMISS and Opinion Filed January 31, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00388-CV

**MUSTAPHA OULAD-CHIKH AND
WELLNESS ANALYSIS, LLC, Appellants
V.
WADE ROSENBURG, Appellee**

**On Appeal from the 380th Judicial District Court
Collin County, Texas
Trial Court Cause No. 380-00058-2018**

## MEMORANDUM OPINION
Before Justices Partida-Kipness, Nowell, and Evans
Opinion by Justice Evans

Before the Court is the parties' joint notice of settlement. In the notice of settlement, the parties state all matters between them have been resolved and, as such, appellants seek to withdraw the appeal pending before the Court. We treat the notice of settlement as a motion to dismiss this appeal. Accordingly, we grant the motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a).

/David Evans/
_____
DAVID EVANS
JUSTICE

180388F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

MUSTAPHA OULAD-CHIKH AND
WELLNESS ANALYSIS, LLC, Appellants

No. 05-18-00388-CV        V.

WADE ROSENBURG, Appellee

On Appeal from the 380th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 380-00058-2018.
Opinion delivered by Justice Evans,
Justices Partida-Kipness and Nowell
participating.

In accordance with this Court's opinion of this date, we **DISMISS** this appeal.

Subject to any agreement of the parties, it is **ORDERED** that each party bear their own costs of this appeal.


Judgment entered January 31, 2020.